UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

In re:                              )
                                    )
    Daniel J. Crave                 )     No.   10-72459
    Patti J. Crave                  )     Chapter 13
                                    )     Judge Thomas M. Lynch
    Debtors                         )

## RESPONSE TO NOTICE OF FINAL CURE PAYMENT

Name of Creditor:     **Heritage Credit Union**

Last four digits of
any number used
to identify debtor's
account:         4476

    As contemplated by Fed. R. Bankr. Proc. 3002, Heritage Credit Union hereby responds to the Notice of Final Cure Payment ("Cure Notice") dated November 20, 2013 and filed as Docket No. 116 as follows:

Pre-Petition Default Payments

1. Heritage Credit Union agrees that Debtors have paid in full the amount required to cure the default on Heritage Credit Union's claim.

Post-Petition Default Payments

2. Heritage Credit Union disagrees that Debtors are current with respect to all payments consistent with § 1322(b)(5), and states that the total amount due to cure post-petition arrears is: $3,078.99

    Attached as Ex. A is an itemized account of the post-petition amounts that remain unpaid as of the date of the Cure Notice. The amounts outstanding identified on the Schedule do not reflect amounts that may become due after the date of the Cure Notice, including any fees that may have been incurred in the preparation, filing, or prosecution of this response to the Cure Notice.

    The amounts due identified on this response may not, due to timing, reflect all payments sent to Creditor as of the date of the Cure Notice. In addition, the amounts due may include payments reflected on the NDC but which have not yet been received and or processed by Heritage Credit Union.

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.


Date:   January 8, 2014

Nicholas O. Meyer, attorney for Heritage Credit Union

Nicholas O. Meyer #6295259
Meyer & Horning, P.C.
3400 N. Rockton Ave.
Rockford, IL 61103
815-636-9300
nmeyer@meyerhorning.com

EXHIBIT A:   Schedule of Amounts Outstanding Post-Petition Claim

| Description: | Dates Incurred | Amount |
|---|---|---|
| Monthly mortgage payment | August 20, 2013 | $826.98 |
| Monthly mortgage payment | September 20, 2013 | $826.98 |
| Monthly mortgage payment | October 20, 2013 | $826.98 |
| Monthly mortgage payment | November 20, 2013 | $826.98 |
| Credit (partial payment) | November 23, 2013 | -$228.93 |

Total post-petition fees, expenses, and charges:                    $3,078.99

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Response to Notice of Final Cure was served on the parties listed below via email notification:

U.S. Trustee
Patrick S. Layng
Office of the United States Trustee, Region 11
219 S. Dearborn St., Room 873
Chicago, IL 60604

Laura L. McGarragan
Attorney for Daniel J. Crave and Patti K. Crave
McGarragan Law Offices
1004 N. Main St.
Rockford, IL 61103
lawfirst@ix.netcom.com

Lydia S. Meyer
P.O. Box 14127
Rockford, IL 61105-4127
LM@lm13trustee.com

The below listed parties were served via regular mail from Meyer & Horning, P.C., 3400 N. Rockton Ave., Rockford, IL on January 9, 2014:

Daniel J. Crave
Patti J. Crave
6458 Sawgrass Dr.
Rockford, IL 61114

_____
Nicholas O. Meyer